UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHELE ROSE MC INTOSH,**

    Plaintiff,

v.

Case No. 06-13054-DT
Hon. Bernard A. Friedman

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Donald A. Scheer's Report and Recommendation dated December 27, 2006. No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Donald A. Scheer's Report and Recommendation dated December 27, 2006, is hereby accepted and adopted.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted.

   February 1, 2007
     Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
CHIEF JUDGE

I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.

/s/ Patricia Foster Hommel
Patricia Foster Hommel
Secretary to Chief Judge Friedman